IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CLAUDIA SMITH AND
WILBERT WALKER, on behalf of
themselves and all others similarly situated**                         **PLAINTIFFS**

**VS.**                                       **CIVIL ACTION NO. 1:98cv212BrR**

**TOWER LOAN OF MISSISSIPPI, INC., ET AL.**                   **DEFENDANTS**

_____

**ORDER DIRECTING DISBURSEMENT OF SETTLEMENT FUNDS**

_____

Before the Court is the question of disbursement of funds remaining in the Settlement Fund.

The Court being advised in the premises , finds as follows:

1. As of August 31, 2009, the balance in the Settlement Fund was $166,441.75.

2. It is the opinion of the Court that the remaining funds should now be disbursed.

Accordingly, it is ORDERED that the Settlement Administrator is directed to make the following disbursements within 15 days of the entry of this order:

    (1)    Jamie White                                            $10,000.00
               Director of Development
               University of Mississippi Law School
               Room 118 A
               Lamar Law Center
               University, Mississippi 38677
               (To be applied to the Building Fund for the Law Center)

| | | |
|---|---|---|
| (2) | Palmer Home for Children<br>c/o Dr. Ed. Waldron, President<br> (for the Evelyn McPhail Fund)<br>Post Office Box 746<br>Columbus, Mississippi 39703-0746 | $20,000.00 |
| (3) | Stewpot of Jackson<br>c/o Honorable Eileen Shaffer<br>Secretary-Treasurer<br>Post Office Box 1177<br>Jackson, Mississippi  39215-1177 | $25,000.00 |
| (4) | Natchez-Adams County Humane Society<br>Post Office Box 332<br>Natchez, Mississippi 39120 | $30,000.00 |
| (5) | Gardner-Simmons Home for Girls, Inc.<br>Post Office Box 935<br>Tupelo, Mississippi 38802 | $20,000.00 |
| (6) | American Financial Services Association<br> Education Foundation<br>919 Eighteenth Street, N.W.<br>Suite 300<br>Washington, D.C.  20006-5517 | $10,000.00 |
| (7) | Mississippi Jump$tart Coalition<br>P.O. Box 61<br>Jackson, Mississippi  39205 | $10,000.00 |
| (8) | Mississippi Chapter of the<br> Juvenile Diabetes Research<br> Foundation International<br>1640 Lelia Drive, Suite 130<br>Jackson, Mississippi 39216 | $15,000.00 |
| (9) | St. Jude Children's Research Hospital<br>501 St. Jude Place<br>Memphis, Tennessee 38105 | $10,000.00 |

| | | |
|---|---|---|
| (10) | The Children's Center for Communication and  Development<br>University of Southern Mississippi<br>118 College Drive #5092<br>Hattiesburg, Mississippi 39406-0001 | $ 5,000.00 |
| (11) | Special Olympics Mississippi<br>15 Olympic Way<br>Madison, Mississippi 39110-7380 | $10,000.00 |

ORDERED FURTHER that disbursement of any remaining funds after the disbursements identified above shall be made to Natchez-Adams County Humane Society.

SO ORDERED, this 15th day of December, 2009.

s/David Bramlette
**UNITED STATES DISTRICT JUDGE**